UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER,<br><br>            Plaintiff,<br><br>    v.<br><br>DOCTOR SIRKEN, et al.,<br><br>            Defendants. | Case No. 24-cv-02897-JD<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 10 |

Plaintiff, a state prisoner, filed a pro se civil rights complaint. Plaintiff was ordered to show cause why this case should not be deemed three strikes barred and the application to proceed in forma pauperis denied pursuant to 28 U.S.C. § 1915(g). Plaintiff filed a notice (Dkt. No. 14) seeking to dismiss this case without prejudice because he is pursuing settlement in another pending case. Pursuant to Federal Rule of Civil Procedure 41(a)(1) this case is dismissed without prejudice and the clerk is requested to close the case. The motion to proceed in forma pauperis (Dkt. No. 10) is denied as moot. If plaintiff seeks to reopen this case, he must also respond to the Court's order to show cause.

**IT IS SO ORDERED.**

Dated: August 7, 2024

_____
JAMES DONATO
United States District Judge